FILED

2009 JUL -7 A 9: 00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-filing

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,          )   No.  CR - 09  00684  MAG
                                       )
        Plaintiff,                     )   VIOLATION: Title 29, United States Code,
13                                     )   Section 439(b) - False Statement Under
    v.                                 )   Labor Management Reporting and
14                                     )   Disclosure Act (Class A misdemeanor)
                                       )
15  ERICA ALDA PEREZ,                  )
                                       )
16      Defendant.                     )
                                       )
17  _____ )

18                      I N F O R M A T I O N

19  The United States Attorney Charges:

20      1. At all times relevant to this information:

21        a. A labor organization engaged in an industry affecting interstate commerce was subject

22  to the Labor Management Reporting and Disclosure Act of 1959 ("LMRDA"), 29 U.S.C. § 401

23  et seq., and was required to file an annual LM-3 financial report with the United States

24  Department of Labor.

25        b. Carpenters Local 9144 was a labor organization consisting of approximately 1400

26  members employed in the carpentry industry. The union was located in San Jose, California.

27        c. Carpenters Local 9144 was required under the LMRDA to file an annual financial

28  report with the United States Department of Labor.  In addition, under Section 206 of the

INFORMATION

DOCUMENT NO.        CSA's
                    INITIALS

1 c

DISTRICT COURT
CRIMINAL CASE PROCESSING

1  LMRDA, Carpenters Local 9144 was required to maintain records of all supporting documents

2  that formed the basis of the union's annual financial report submitted to the Department of

3  Labor.

4       d. From approximately April 1999 to April 2007, Erica Perez served as a secretary and

5  bookkeeper for Carpenters Local 9144. She was responsible for collecting members' dues

6  payments, recording the payments in union computer records, and preparing daily bank deposit

7  slips accurately reflecting payments received each day.

8       e. Between January 2006 and July 2007, Erica Perez engaged in a "deposit lapping"

9  scheme, meaning that she stole cash payments from members and covered up her thefts by

10  delaying the making of a deposit until the amount she had stolen on an earlier day could be made

11  up by amounts received from union members on subsequent days.

12       2. On or about November 3, 2006, in the Northern District of California, the defendant,

13                           ERICA ALDA PEREZ,

14  did willfully make a false statement in a record required to be kept under Title 29, United States

15  Code, Section 436, to wit: by completing a bank deposit slip indicating a deposit of $997 cash

16  received on that date, when in fact the cash included in the deposit was not collected on that date

17  but was subsequently collected some time between November 4, 2006, and January 2, 2007:

18       All in violation of Title 29, United States Code, Section 439(b).

19

20  DATED: 7/6/09                   JOSEPH P. RUSSONIELLO
                                         United States Attorney

21

22

23                                  for Dave Callaway
                           DAVID R. CALLAWAY
                           Chief, San Jose Branch Office

24

25

26  (Approved as to form: )

27                 Jeffrey Schenk
               Assistant United States Attorney

28

INFORMATION
                                 2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

29 U.S.C. Section 439(b) - False Statement
Under Labor Management Reporting and
Disclosure Act - Class A Misdemeanor

☐ Petty
☐ Minor
☑ Misde-meanor
☐ Felony

PENALTY:

1 year imprisonment
1 year Supervised Release
$100,000 fine
$25 special assessment

*E-filing*

### Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

### DEFENDANT - U.S.

2009 JUL -7 A 9 00

▶ ERICA ALDA PEREZ

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

DISTRICT COURT NUMBER

**CR - 09   00684   MAG**

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
DEPT. OF LABOR

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM          **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)     JEFFREY B. SCHENK

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed

DATE OF ARREST ▶      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☑ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☑ Arraignment  ☑ Initial Appearance

Defendant Address:
(AGENT WILL SERVE SUMMONS)

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: July 30, 2009 at 9:30 AM

Before Judge: Magistrate Judge Patricia V. Trumbull

Comments: